UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW WALKER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON ADVERTISING LLC,<br><br>　　　　　　Defendant. | CASE NO. C23-848-JHC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

　　Plaintiff's application to proceed in forma pauperis (Dkt. 4) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

　　The Clerk is directed to send a copy of this Order to plaintiff.

　　DATED this 26th day of June, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1